```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARRASQUILLO,

                Plaintiff,

-against-

WESTECH SECURITY AND
INVESTIGATION INC.,

                Defendants.

23-cv-04931 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On August 17, 2023, Defendant filed a letter regarding its contemplated motion to dismiss [ECF No. 12]. On August 22, 2023, the Court granted Defendant leave to file its motion and issued a Briefing Scheduling Order [ECF No. 13].

On September 15, 2023, Plaintiff filed a Joint Letter and Proposed Case Management Plan, informing that Court that Defendant's anticipated motion to dismiss will be a **partial** motion [ECF No. 15]. On September 19, 2023, Defendant's counsel Cervini Law Group PLLC filed a letter requesting an extension of time to "file a motion for judgment on the pleadings in response to the Amended Complaint," [ECF No. 19], which the Court granted [ECF No. 20]. Defense counsel's letter did not assert that its anticipated motion would be a **partial** motion to dismiss.

IT IS HEREBY ORDERED that, by October 13, 2023, Defendant shall file a letter on the docket informing the Court whether its anticipated motion to dismiss is partial or will potentially be dispositive of the case. Any request for an extension shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

**SO ORDERED.**

Date: October 3, 2023
      New York, NY

*Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge