UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/6/2023
```

ANA CARRASQUILLO, *on behalf of herself, FLSA Collective Plaintiffs, and the Class,*

                Plaintiff,

-against-

WESTECH SECURITY AND INVESTIGATION INC.,

                Defendant.

23-cv-4931 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    Defendant filed a memorandum of law in support of a motion to dismiss on October 20, 2023. [*See* ECF No. 25.] However, Defendant neglected to file an accompanying formal notice of motion. The motion is therefore DENIED without prejudice for failure to comply with Local Rules 6.1(a) and 7.1(a). Counsel is admonished to inform itself of the Local Rules of the Southern District of New York and the Individual Rules of this Court.

    Any renewed motion to dismiss, <u>accompanied by a notice of motion</u>, must be filed on or before November 20, 2023. Further briefing shall be submitted on the schedule set forth in Local Rule 6.1(b). Any request for an extension must be made by letter and filed on ECF at least 48 hours before the deadline.

**SO ORDERED.**

Date: **November 6, 2023**
      **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

1