| | CUSTOMER | LOCATION | Date Worked | Time In | Time Out | REGULAR HOURS | O.T. HOURS | HOLIDAY HOURS |
|---|---|---|---|---|---|---|---|---|
| Chk Date 4/1/22 | URBAN PATHWAYS | HALLET'S COVE | 3/16/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| No. 13706 | URBAN PATHWAYS | HALLET'S COVE | 3/18/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 3/20/2022 | 8:00 | 0:00 | 16 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 3/21/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 3/22/2022 | 15:30 | 0:00 | 8.5 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 3/23/2022 | 16:00 | 0:00 | 7.5 | 0.5 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 3/24/2022 | 16:00 | 0:00 | 0 | 8 | 0 |
| Chk Date 4/15/22 | URBAN PATHWAYS | HALLET'S COVE | 3/27/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| No. 13951 | URBAN PATHWAYS | HALLET'S COVE | 3/28/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 3/29/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 3/30/2022 | 15:30 | 0:00 | 8.5 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 3/31/2022 | 16:00 | 0:00 | 7.5 | 0.5 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 4/1/2022 | 16:00 | 0:00 | 0 | 8 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 4/2/2022 | 0:00 | 1:00 | 0 | 1 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 4/3/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 4/4/2022 | 0:00 | 0:15 | 0.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 4/4/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 4/5/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 4/7/2022 | 7:45 | 16:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 4/7/2022 | 16:00 | 0:00 | 7.5 | 0.5 | 0 |
| Chk Date 4/29/22 | URBAN PATHWAYS | HALLET'S COVE | 4/10/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| No. 14253 | URBAN PATHWAYS | HALLET'S COVE | 4/11/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 4/12/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 4/14/2022 | 7:30 | 16:00 | 8.5 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 4/14/2022 | 16:00 | 0:00 | 7.25 | 0.75 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 4/17/2022 | 8:00 | 16:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 4/17/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 4/18/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| Chk Date 5/13/22 | URBAN PATHWAYS | HALLET'S COVE | 4/24/2022 | 8:00 | 16:00 | 8 | 0 | 0 |
| No. 14474 | URBAN PATHWAYS | HALLET'S COVE | 4/24/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 4/26/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 4/27/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 4/28/2022 | 15:45 | 0:00 | 7.75 | 0.5 | 0 |
| Chk Date 5/27/22 | URBAN PATHWAYS | HALLET'S COVE | 5/8/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| No. 14726 | URBAN PATHWAYS | HALLET'S COVE | 5/10/2022 | 7:45 | 16:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 5/10/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 5/12/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 5/13/2022 | 15:45 | 0:00 | 7.25 | 1 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 5/15/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 5/16/2022 | 0:00 | 1:45 | 1.75 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 5/16/2022 | 15:30 | 0:00 | 8.5 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 5/17/2022 | 15:30 | 0:00 | 8.5 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 5/18/2022 | 15:30 | 0:00 | 8.5 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 5/20/2022 | 7:30 | 16:00 | 4.75 | 3.75 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 5/20/2022 | 16:00 | 0:00 | 0 | 8 | 0 |
| Chk Date 6/10/22 | URBAN PATHWAYS | HALLET'S COVE | 5/22/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| No. 15004 | URBAN PATHWAYS | HALLET'S COVE | 5/23/2022 | 7:30 | 16:00 | 8.5 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 5/24/2022 | 15:15 | 0:00 | 8.75 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 5/27/2022 | 15:15 | 0:00 | 8.75 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 5/28/2022 | 0:00 | 1:00 | 1 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 5/29/2022 | 14:45 | 0:00 | 9.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 5/30/2022 | 0:00 | 0:30 | 0 | 0 | 0.5 |
| | URBAN PATHWAYS | HALLET'S COVE | 5/31/2022 | 15:30 | 0:00 | 8.5 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 6/4/2022 | 7:45 | 16:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 6/4/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| Chk Date 6/24/22 | URBAN PATHWAYS | HALLET'S COVE | 6/5/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| No. 15271 | URBAN PATHWAYS | HALLET'S COVE | 6/6/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 6/7/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 6/8/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 6/11/2022 | 7:45 | 16:00 | 7 | 1.25 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 6/11/2022 | 16:00 | 0:00 | 0 | 8 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 6/12/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 6/13/2022 | 0:00 | 0:30 | 0.5 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 6/13/2022 | 12:45 | 0:00 | 11.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 6/15/2022 | 7:45 | 16:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 6/15/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| Chk Date 7/8/22 | URBAN PATHWAYS | HALLET'S COVE | 6/19/2022 | 8:00 | 16:00 | 8 | 0 | 0 |
| No. 15535 | URBAN PATHWAYS | HALLET'S COVE | 6/19/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 6/21/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 6/22/2022 | 16:00 | 0:00 | 8 | 0 | 0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | URBAN PATHWAYS | HALLET'S COVE | 6/25/2022 | 7:00 | 16:00 | 8 | 1 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 6/25/2022 | 16:00 | 0:00 | 0 | 8 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 6/26/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 6/27/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 6/28/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 6/29/2022 | 0:00 | 0:15 | 0.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 6/29/2022 | 8:00 | 16:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 7/2/2022 | 8:00 | 16:00 | 7.5 | 0.5 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 7/2/2022 | 16:00 | 0:00 | 0 | 8 | 0 |
| Chk Date 7/22/22 | URBAN PATHWAYS | HALLET'S COVE | 7/4/2022 | 7:45 | 16:00 | 0 | 0 | 8.25 |
| No. 15828 | URBAN PATHWAYS | HALLET'S COVE | 7/5/2022 | 8:00 | 16:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 7/5/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 7/9/2022 | 8:00 | 16:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 7/9/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 7/11/2022 | 8:00 | 16:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 7/11/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 7/12/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 7/13/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 7/14/2022 | 0:00 | 0:15 | 0.25 | 0 | 0 |
| Chk Date 8/5/22 | URBAN PATHWAYS | HALLET'S COVE | 7/18/2022 | 7:45 | 16:00 | 8.25 | 0 | 0 |
| No. 16181 | URBAN PATHWAYS | HALLET'S COVE | 7/18/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 7/19/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 7/20/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 7/23/2022 | 7:45 | 16:00 | 7.25 | 1 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 7/23/2022 | 16:00 | 0:00 | 0 | 8 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 7/25/2022 | 7:45 | 16:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 7/25/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 7/26/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 7/27/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 7/30/2022 | 8:00 | 16:00 | 7.25 | 0.75 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 7/30/2022 | 16:00 | 0:00 | 0 | 8 | 0 |
| Chk Date 8/19/22 | URBAN PATHWAYS | HALLET'S COVE | 8/1/2022 | 7:45 | 16:00 | 8.25 | 0 | 0 |
| No. 16484 | URBAN PATHWAYS | HALLET'S COVE | 8/1/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 8/6/2022 | 7:45 | 16:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 8/6/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 8/8/2022 | 7:45 | 16:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 8/9/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 8/10/2022 | 0:00 | 0:30 | 0.5 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 8/10/2022 | 15:30 | 0:00 | 8.5 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 8/13/2022 | 8:00 | 16:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 8/13/2022 | 16:00 | 0:00 | 6.5 | 1.5 | 0 |
| Chk Date 9/2/22 | URBAN PATHWAYS | HALLET'S COVE | 8/14/2022 | 0:00 | 0:15 | 0.25 | 0 | 0 |
| No. 16820 | URBAN PATHWAYS | HALLET'S COVE | 8/15/2022 | 7:45 | 16:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 8/15/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 8/16/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 8/17/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 8/18/2022 | 0:00 | 0:15 | 0.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 8/20/2022 | 8:00 | 16:00 | 6.75 | 1.25 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 8/20/2022 | 16:00 | 0:00 | 0 | 8 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 8/23/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 8/24/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 8/25/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| Chk Date 9/16/22 | URBAN PATHWAYS | HALLET'S COVE | 8/30/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| No. 17152 | URBAN PATHWAYS | HALLET'S COVE | 8/31/2022 | 0:00 | 0:15 | 0.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 8/31/2022 | 15:45 | 0:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 9/3/2022 | 8:00 | 16:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 9/3/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 9/4/2022 | 0:00 | 0:15 | 0.25 | 0 | 0 |
| Chk Date 10/28/22 | URBAN PATHWAYS | HALLET'S COVE | 10/13/2022 | 9:00 | 16:00 | 7 | 0 | 0 |
| No. 18215 | URBAN PATHWAYS | HALLET'S COVE | 10/14/2022 | 7:45 | 16:15 | 8.5 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 10/15/2022 | 7:30 | 16:00 | 8.5 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 10/16/2022 | 7:45 | 16:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 10/17/2022 | 7:30 | 16:00 | 8.5 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 10/18/2022 | 8:00 | 16:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 10/19/2022 | 7:45 | 16:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 10/20/2022 | 7:45 | 16:00 | 7 | 1.25 | 0 |
| Chk Date 11/10/22 | URBAN PATHWAYS | HALLET'S COVE | 10/23/2022 | 7:45 | 16:15 | 8.5 | 0 | 0 |
| No. 18704 | URBAN PATHWAYS | HALLET'S COVE | 10/24/2022 | 6:00 | 16:00 | 10 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 10/25/2022 | 7:45 | 16:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 10/26/2022 | 7:30 | 16:00 | 8.5 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 10/27/2022 | 7:15 | 16:00 | 4.75 | 4 | 0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | URBAN PATHWAYS | HALLET'S COVE | 10/30/2022 | 7:45 | 16:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 10/31/2022 | 7:45 | 16:15 | 8.5 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 11/1/2022 | 8:00 | 16:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 11/2/2022 | 7:30 | 16:00 | 8.5 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 11/3/2022 | 7:45 | 16:00 | 6.75 | 1.5 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 11/5/2022 | 7:45 | 16:00 | 0 | 8.25 | 0 |
| **Chk Date 11/25/22** | URBAN PATHWAYS | HALLET'S COVE | 11/6/2022 | 7:30 | 16:00 | 8.5 | 0 | 0 |
| **No. 18928** | URBAN PATHWAYS | HALLET'S COVE | 11/8/2022 | 8:00 | 16:00 | 8 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 11/9/2022 | 7:30 | 16:00 | 8.5 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 11/10/2022 | 7:45 | 16:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 11/11/2022 | 7:45 | 16:00 | 6.75 | 1.5 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 11/13/2022 | 7:45 | 16:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 11/16/2022 | 7:45 | 16:15 | 8.5 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 11/17/2022 | 16:00 | 20:00 | 4 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 11/19/2022 | 7:45 | 16:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 11/19/2022 | 16:00 | 0:00 | 8 | 0 | 0 |
| **Chk Date 12/9/22** | URBAN PATHWAYS | HALLET'S COVE | 11/20/2022 | 7:30 | 18:30 | 11 | 0 | 0 |
| **No. 19297** | URBAN PATHWAYS | HALLET'S COVE | 11/21/2022 | 7:45 | 16:30 | 8.75 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 11/22/2022 | 7:45 | 19:30 | 11.75 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 11/23/2022 | 7:45 | 16:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 11/25/2022 | 7:45 | 16:15 | 0.25 | 8.25 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 11/29/2022 | 7:45 | 18:45 | 11 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 11/30/2022 | 7:30 | 16:30 | 9 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 12/1/2022 | 7:45 | 16:30 | 8.75 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 12/3/2022 | 7:30 | 16:00 | 8.5 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 12/3/2022 | 16:00 | 0:00 | 2.75 | 5.25 | 0 |
| **Chk Date 12/23/22** | URBAN PATHWAYS | HALLET'S COVE | 12/4/2022 | 7:45 | 16:30 | 8.75 | 0 | 0 |
| **No. 19667** | URBAN PATHWAYS | HALLET'S COVE | 12/6/2022 | 7:30 | 16:15 | 8.75 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 12/7/2022 | 7:45 | 16:00 | 8.25 | 0 | 0 |
| | URBAN PATHWAYS | HALLET'S COVE | 12/8/2022 | 7:45 | 19:30 | 11.75 | 0 | 0 |
| **Chk Date 1/6/23** | Comunilife | Comunilife 2 | 12/26/2022 | 8:00 | 16:15 | 8.25 | 0 | 0 |
| **No. 20064** | Comunilife | Comunilife 2 | 12/30/2022 | 8:00 | 16:00 | 8 | 0 | 0 |