UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANA CARRASQUILLO,

                      Plaintiff,                      23-CV-04931 (MKV) (VF)

    -against-                         **ORDER**

WESTECH SECURITY AND INVESTIGATION INC.,

                      Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

    As required by the Federal Rules of Civil Procedure, Defendants are directed to provide written responses to Plaintiff's discovery requests and interrogatories by no later than March 30, 2024.

    As indicated in Judge Vyskocil's December 6, 2023 Order (ECF No. 37), any requests from Plaintiff to seek class discovery should be addressed to Judge Vyskocil.

    The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 39 and 40.

    **SO ORDERED.**

DATED:    New York, New York
                March 8, 2024

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge