# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2024

Writer's Direct:   212-465-1188
cklee@leelitigation.com

June 20, 2024

**Via ECF**

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

        Re:   *Carrasquillo v. Westech Security and Investigation Inc.*
             Case No. 1:23-cv-4931-MKV

Dear Judge Vyskocil:

    We are counsel to Plaintiff in the above-referenced matter. Plaintiff writes to respectfully request a conference be scheduled pursuant to Plaintiff's two outstanding pre-motion conference requests, which were both filed on March 18, 2024. Plaintiff has sought a conference with the Court to resolve the parties' discovery disputes and for the Court to permit Plaintiff to file her collective motion. Without judicial intervention on either of these issues, Plaintiff is unable to advance her case.

    We thank the Court for its consideration of the above.

Respectfully submitted,

/s/ C.K. Lee
C.K. Lee, Esq.

---

**Because Defendant's pending motion to dismiss [ECF No. 30] seeks to strike all class allegations from the Complaint, Plaintiff's duplicative motions for a Local Rule 37.2 Conference regarding class discovery at ECF Nos. 44, 51, and 52 are DENIED without prejudice pending resolution of the motion to dismiss. Plaintiff's motion for a conference on her Anticipated Motion for Conditional Collective Certification [ECF No. 45] is also denied without prejudice pending resolution of the motion to dismiss.**

**The Clerk of Court is respectfully requested to terminate docket entries 44, 51, and 52. SO ORDERED.**

Date: 6/24/2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge