```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARRASQUILLO,

      Plaintiff,

-against-

WESTECH SECURITY AND
INVESTIGATION INC.,

      Defendants.

23-cv-04931 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

  The Court is in receipt of defense counsel's motion to withdraw as attorney for Defendant Westech Security and Investigation Inc. ("Westech"). IT IS HEREBY ORDERED that any oppositions to the motion, including by Defendant Westech, are due **on or before October 18, 2024**. Any reply to any filed oppositions shall be due on or before October 25, 2024.

**SO ORDERED.**

**Date: October 3, 2024**
**New York, NY**

                *Mary Kay Vyskocil*
                **MARY KAY VYSKOCIL**
                **United States District Judge**