USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARRASQUILLO, <br><br> Plaintiff, <br><br> -against- <br><br> WESTECH SECURITY AND INVESTIGATION INC., <br><br> Defendants. | 23-cv-04931 (MKV) <br><br> **ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

On October 2, 2024, Cervini Law Group PLLC ("CLG"), counsel of record for Defendant Westech Security and Investigation Inc. ("Westech"), filed a motion to withdraw as counsel with a supporting declaration and memorandum of law. [ECF 59–61]. On October 3, 2024, the Court issued an Order directing any oppositions to the motion be filed on or before October 18, 2025 and any reply to be filed on or before October 25, 2024. [ECF 62]. No opposition was filed.

Accordingly, IT IS HEREBY ORDERED that the Motion for CLG to Withdraw as Attorney to Defendant Westech is GRANTED.

IT IS FURTHER ORDERED that because corporate Defendant Westech cannot appear *pro se*, substitute counsel must enter an appearance in this case on or before November 25, 2024.

IT IS FUTHER ORDERED that CLG shall serve this Order on Defendant Westech via first class mail and Certified Mail, Return Receipt Requested, within two business days to:

William Vassell
Westech Security and Investigation, Inc.
3040 East Tremont Avenue, Suite 205
Bronx, New York 10461

IT IS FURTHER ORDERED that the status conference scheduled for November 13, 2024 at 2:00 PM is AJOURNED to December 4, 2024 at 11:30 AM.

The Clerk of Court is respectfully requested to terminate the motion at docket entry 59.

**SO ORDERED.**

Date:  **October 28, 2024**               **MARY KAY VYSKOCIL**
       New York, NY                        **United States District Judge**

2