# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2024

WRITER'S DIRECT:   646-598-8286
robert@leelitigation.com

November 22, 2024

**Via Electronic Filing**

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

        Re:    *Carrasquillo v. Westech Security and Investigation Inc.*
               Case No. 1:23-cv-4931-MKV

Dear Judge Vyskocil:

      We are counsel to Plaintiff in the above-referenced case. We write to inform the Court that William Vassell, the President of Defendant WESTECH SECURITY AND INVESTIGATION INC ("WESTECH") contacted our office. Upon Mr. Vassell's request and as a courtesy, we agreed to file the letter attached as **Exhibit A**. Mr. Vassell informed our office that the letter attached as **Exhibit A** was also mailed to Your Honor's chambers. Plaintiff neither consents nor objects to the request found within Mr. Vassell's letter.

      We thank the Court for Its consideration of the above.

Respectfully submitted,

*/s/ Robert Kansao*
Robert Kansao, Esq.

# EXHIBIT A

November 21, 2024

To: Honorable Judge Mary Kay Vyskocil
cc: Lee Litigation Group, PLLC

RE: Order# 23-cv-04931

Dear Judge Vyskocil,

I am writing on behalf of order# 23-cv-04931. I would like to please ask the court permission for a 30 day extension so I may have time to retain new counsel, so that he/she may have ample time to receive all files and familiarize themselves with the case. I am expecting more receivables to come within those 30 days so that I am able to retain counsel. I am also asking for the status conference dated 12/4/24 to be included in this extension.

If this is at all possible, I can be reached via email or phone. I thank you in advance.

Regards,

William Vassell
President
Westech Security & Investigation Inc.
wcvcsc@aol.com
914-260-2949

---

**Granted. Substitute counsel for Defendant must enter an appearance in this case on or before December 20, 2024. The conference scheduled for December 4, 2024 is ADJOURNED to January 8, 2025 at 3:00 PM.**

**Plaintiff's counsel shall serve this Order on Defendant on or before November 27, 2024.**

**Defendant is on notice that failure to comply with this Order may result in sanctions, including default judgment.**

**SO ORDERED.**

Date: 11/25/2024
New York, New York

Mary Kay Vyskocil
United States District Judge