# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:  212-465-1188
cklee@leelitigation.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/26/2024

December 24, 2024

**Via ECF**

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

        Re:    *Carrasquillo v. Westech Security and Investigation Inc.*
                Case No. 1:23-cv-4931-MKV

Dear Judge Vyskocil:

        We are counsel to Plaintiff in the above-referenced case. We write to request that Plaintiff's October 18, 2024, motion for conditional collective certification [ECF 64-67], which was referred to Magistrate Valarie Figueredo on October 22, 2024, be granted as unopposed.

        Plaintiff filed her motion for conditional collective certification on October 18, 2024. On October 28, 2024, the Your Honor granted Defendant's prior counsel's motion to withdraw from the action. Within the same Order, Defendant was instructed that a corporation could not appear pro se and that it required substitute counsel. Defendant was permitted until November 25, 2024, to retain new counsel.

        On November 11, 2024, Plaintiff's counsel filed, as a courtesy, a letter on behalf of William Vassell, President of the Westech Defendant. The letter requested an additional 30 days to retain counsel. The Court granted Mr. Vassell's request and permitted the Westech Defendant until December 20, 2024, to find new counsel.

        On December 23, 2024, Plaintiff received another letter (attached as **Exhibit A)** from Mr. Vassell, which seeks another extension to retain counsel. In the event that this request is denied, and Defendant is in default, Plaintiff requests that her pending request for conditional collective certification be granted.

        We thank the Court for Its consideration of the above.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

December 20, 2024

To: Honorable Judge Mary Kay Vyskocil
cc: Lee Litigation Group, PLLC

RE: Order# 23-cv-04931

Dear Judge Vyskocil,

I am writing on behalf of order# 23-cv-04931. We unfortunately have not been able to retain counsel by 12/20/24 because we have not received sufficient amount in receivables. I strongly believe this is due to the holidays. I would like to please ask the courts permission for another extension until sometime after the holidays. I am truly sorry for any inconvenience on the courts and opposing counsel.

If this is at all possible, I can be reached via email or phone. I thank you in advance.

Regards,

William Vassell
President
Westech Security & Investigation Inc.

**Granted. Substitute counsel for Defendant must enter an appearance in this case on or before January 27, 2025. The conference scheduled for January 8, 2025 at 3:00 PM is ADJOURNED to February 5, 2025 at 3:30 PM.**

**Plaintiff's counsel shall serve this Order on Defendant on or before December 30, 2024.**

**No further extensions will be granted absent extraordinary and unforeseen circumstances. Defendant is once again on notice that failure to comply with this Order may result in sanctions, including default judgment.**

**SO ORDERED.**

Date: 12/26/2024
New York, New York

Mary Kay Vyskocil
United States District Judge