December 20, 2024



To: Honorable Judge Mary Kay Vyskocil
cc: Lee Litigation Group, PLLC

RE: Order# 23-cv-04931

Dear Judge Vyskocil,

I am writing on behalf of order# 23-cv-04931. We unfortunately have not been able to retain counsel by 12/20/24 because we have not received sufficient amount in receivables. I strongly believe this is due to the holidays. I would like to please ask the courts permission for another extension until sometime after the holidays. I am truly sorry for any inconvenience on the courts and opposing counsel.

If this is at all possible, I can be reached via email or phone. I thank you in advance.


Regards,

*William Vassell*

William Vassell
President
Westech Security & Investigation Inc.
wcvcsc@aol.com
914-260-2949



JAN 06 2025

ORIGIN ID:HPNA  (631) 294-9338
WILLIAM VASSELL
WESTECH SECURITY & INVESTIGATION
3040 E. TREMONT AVE
SUITE 205
BRONX, NY 10461
UNITED STATES US

SHIP DATE: 20DEC24
ACTWGT: 1.00 LB
CAD: 113890560/INET4535

BILL SENDER

TO  DANIEL PATRICK MOYNIHAN
US COURTHOUSE JUDGE VYSKOCIL RM 18C
500 PEARL ST

NEW YORK NY 10007
(631) 294-9338   REF:
INV:
PO:   DEPT:





FedEx Express



RECEIVED JAN 07 2025 PRO SE OFFICE



FedEx
TRK# 7709 4623 7082
E3 PCTA

MON - 23 DEC AA
PRIORITY OVERNIGHT

10007
NY-US  EWR