January 28, 2025

To: Honorable Judge Mary Kay Vyskocil
cc: Lee Litigation Group, PLLC

RE: Order# 23-cv-04931



Dear Judge Vyskocil,

I am writing on behalf of order# 23-cv-04931. At this point in time, I am still unable to retain counsel, due to economic conditions. I will continue to try to obtain funds so that I may hopefully be able to retain counsel. I am very sorry for any inconvenience on the courts and opposing counsel and I thank you for your patience.

I can be reached via email or phone. I thank you in advance.

Regards,

William Vassell
President
Westech Security & Investigation Inc.
wcvcsc@aol.com
914-260-2949

Case 1:23-cv-04931-MKV-VF    Document 76    Filed 01/29/25    Page 2 of 2

```
ORIGIN ID:HPNA    (631) 294-9338         SHIP DATE: 28JAN25
WILLIAM VASSELL                           ACTWGT: 1.00 LB
WESTECH SECURITY & INVESTIGATION          CAD: 113890560/INET4535
3040 EAST TREMONT AVE
SUITE 205
BRONX, NY 10461                           BILL SENDER
UNITED STATES US

TO  JUDGE VYSKOCIL RM 18C
    DANIEL PATRICK MOYNIHAN US COURTHOU
    500 PEARL ST

                                          JAN 29 2025
    NEW YORK NY 10007
(631) 294-9338           REF:             PRO SE OFFICE
INV:
PO:                      DEPT:
```

FedEx Express

                                    WED - 29 JAN 10:30A
TRK# 7717 2509 6332                 PRIORITY OVERNIGHT

                                                     10007
E3 PCTA
                                         NY-US    EWR