```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANA CARRASQUILLO, *on behalf of herself, FLSA Collective Plaintiffs, and the Class,*

                Plaintiff,

-against-

WESTECH SECURITY AND INVESTIGATION INC.,

                Defendant.

23-cv-04931 (MKV)

**ORDER APPROVING REVISED NOTICE AND CONSENT TO SUE FORMS**

---

MARY KAY VYSKOCIL, United States District Judge:

      Familiarity with the facts of this matter are presumed for purposes of this Order. In accordance with this Court's Order adopting Magistrate Judge Figueredo's Report and Recommendation [ECF No. 78] and granting Plaintiff's motion for conditional collective certification [ECF No. 82] Plaintiff submitted a revised proposed notice for Court approval. [ECF No. 83]. Accordingly, IT IS HEREBY ORDERED that Plaintiff is authorized to distribute the revised Notice and Consent to Sue Forms [ECF No. 83] in accordance with the parameters the Court set out in its prior Order [ECF No. 82].

**SO ORDERED.**

**Date: June 10, 2025**
**New York, NY**

                                            */s/ Mary Kay Vyskocil*
                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**