USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA CARRASQUILLO *on behalf of herself, FLSA Collective Plaintiffs, and the Class*,

Plaintiff,

-against-

WESTECH SECURITY AND INVESTIGATION INC.,

Defendant.

23-cv-04931 (MKV)

**ORDER TO PRODUCE AND RETAIN COUNSEL**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from William Vassall on behalf of Defendant. [ECF No. 90]. Mr. Vassall is once again admonished that he cannot appear *pro se* on behalf of Defendant. *See* [ECF No. 90] at 1; [ECF No. 86]; [ECF No. 88] at 1 n.1; [ECF No. 75] at 1; [ECF No. 69]. **Continued failure to retain counsel in violation of Court Orders may result in the entry of a default judgment**.

The Court has also ordered Defendant to produce certain information. [ECF Nos. 86, 90]. Specifically, Defendant is under a Court Order to produce that information by **4:00 PM today, November 10, 2025**. [ECF No. 90] at 2. To the extent that Defendant is "unable" to do so, [ECF No. 91], it must **through counsel** file an affidavit to that effect by that same time.

Defendant is on notice that **failure to comply with this Order may result in sanctions, including monetary sanctions, the preclusion of defenses, or the entry of a default judgment.** Defendant is further warned that **continued failure to retain counsel will result in the entry of a default judgment.**

Plaintiff's counsel is directed to serve this Order on Defendant.

**SO ORDERED.**

**Date: November 10, 2025**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**