USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA CARRASQUILLO *on behalf of herself, FLSA Collective Plaintiffs, and the Class*,

Plaintiff,

-against-

WESTECH SECURITY AND
INVESTIGATION INC.,

Defendant.

23-cv-04931 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Plaintiff's letter motion renewing his motion for sanctions, [ECF No. 97]. **If Defendant has not appeared through counsel or before December 16, 2025, Defendant will be in default in this case**. *See* [ECF No. 92]; [ECF No. 90] at 1; [ECF No. 86]; [ECF No. 88] at 1 n.1; [ECF No. 75] at 1; [ECF No. 69].  Plaintiff's letter motion, [ECF No. 97], is DENIED, but if Defendant has not appeared through counsel by December 16, 2025, Plaintiff may if he wishes pursue a default judgment.

Plaintiff's counsel is directed to serve this Order on Defendant.

**SO ORDERED.**

**Date:  December 9, 2025**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**